**Order entered November 14, 2022**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

### No. 05-21-01041-CV

---

### ENGLISH LAW GROUP, PLLC, Appellant

### V.

### MEDINET INVESTMENTS, LLC AND MICHAEL BINGHAM, Appellees

---

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-07743

---

### ORDER

Before the Court is appellees' motion to appear by videoconference at oral argument. "A party desiring oral argument must note that request on the front cover of the party's brief. A party's failure to request oral argument waives the party's right to argue." TEX. R. APP. P. 39.7. Appellees stated on the cover of their brief, "Oral Argument not Requested." Accordingly, appellees waived their right to present oral argument, and their request to appear by videoconference at oral argument is **DENIED**.

This Court observes that appellant's brief stated on the cover, "Oral Argument Conditionally Requested," and appellant stated in its brief, oral argument is not likely to assist this Court in its decisional process," and "if this Court grants oral argument for Appellees, Appellant requests the opportunity to present oral argument and be heard also." As noted above, appellees did not request oral argument. On November 9, 2022, appellant notified the Court that Jay C. English "will be presenting the argument to the Court at he hearing on oral argument on November 16, 2022, at 10:00 a.m." However, appellant requested oral argument only if we granted permission for appellees to argue; appellees made no such request; therefore, appellant is not entitled to present oral argument.

This case will be submitted without oral argument.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE